IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENE NEVILS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:13-0261 |
| | ) JUDGE TRAUGER/KNOWLES |
| STATE OF TENNESSEE, et al., | ) |
| | ) |
|       Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon a "Motion to Amend Cases" filed by the pro se prisoner Plaintiff. Docket No. 21. The Motion purports to have been filed in two separate cases (the instant case as well as *Gene Nevils v. Al Nations, et al.*, No. 3:12-1086, United States District Court for the Middle District of Tennessee) and in two different courts (the U.S. District Court for the Middle District of Tennessee and the "U.S. District Court of Appeals [*sic*] for the Sixth Circuit (Cincinnati))." *Id.*

The Court has submitted a Report and Recommendation in *Gene Nevils v. Al Nations, et al.,* No. 3:12-1086 (Docket No. 40 in that case), which recommends that the instant Motion be DENIED, insofar as it pertains to that case. For the reasons set forth in that Report and Recommendation, the undersigned recommends that the instant Motion to Amend Cases (Docket No. 21) should be DENIED, insofar as it pertains to the instant case.[1]

---

[1] The Court also notes that, on May 21, 2013, Judge Trauger entered an Order dismissing the instant action for failure to state a claim upon which relief could be granted. Docket No. 12.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge

---

Plaintiff has appealed that ruling to the Sixth Circuit. Docket No. 16.